# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARTHA CAMPOS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1443-S-BN |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed.[1] The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff's Motion to Remand [ECF No. 6] and Plaintiff's Objection to Representation and Substitution of Defendant by the United States Government [ECF No. 8].

**SO ORDERED.**

SIGNED July 9, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Martha Campos filed the Motion for Reconsideration and Objection to Findings and Recommendation [ECF No. 31]. The Court construes the entire filing as objections to the Findings, Conclusions, and Recommendation.